AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:12-cr-00202-AWI-BAM   Document 27   Filed 10/09/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>JUAN RUIZ-MENDEZ | Case No: 1:12CR00202-001<br>USM No: 68833-097 |
| Date of Original Judgment: 03/04/2013<br>Date of Previous Amended Judgment: <br>*(Use Date of Last Amended Judgment if Any)* | Hannah Rose Labaree, FD<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   90   months **is reduced to**   65 months on each of   .

*(Complete Parts I and II of Page 2 when motion is granted)*   Counts 1 and 2, to be served concurrently for a total term of 65 months.

**If this sentence is less than the amount of time the defendant has already served as of November 1, 2015, the sentence is reduced to a time served sentence.

Except as otherwise provided, all provisions of the judgment dated   03/07/2013   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   10/09/2015                     /s/ ANTHONY W. ISHII
                                              *Judge's signature*

Effective Date:   11/01/2015                  Senior United States District Judge Anthony W. Ishii
*(if different from order date)*              *Printed name and title*